No. 93–1402. SOLICK *v.* PARIS ACCESSORIES, INC. C. A. 3d Cir. Motion of respondent for damages denied. Certiorari denied.